IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | NO. 17-3878 |
| v. | : | |
| | : | |
| **FREDERICK ROCK** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 22nd day of January, 2018, upon consideration that Plaintiff filed his initial Complaint on August 28, 2017 and has yet to file any proof of service of process on the record, it is hereby **ORDERED** that Plaintiff shall **SERVE** process in this action no later than February 5, 2018, and shall **FILE** proof of such service no later than February 15, 2018. Failure to comply with this Order shall result in dismissal of this case for want of prosecution.[1]

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II   J.

---

[1] Federal Rule of Civil Procedure 4(m) provides, in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."