# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **NO. 17-3878** |
| **v.** | : | |
| | : | |
| **FREDERICK ROCK** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 5th day of February, 2018, upon consideration of Plaintiff's Motion to Extend Time to Make Service (Dkt No. 3), it is hereby **ORDERED** that Plaintiff's Motion to Extend Time to Make Service is **GRANTED**.

Plaintiff has until <u>April 6, 2018</u> to effectuate service.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.