

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

V.

FREDERICK M. ROCK, ET AL,

**Defendant (Respondent)**

CASE and/or DOCKET No.: 

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served FREDERICK M. ROCK the above process on the 24 day of May, 2018, at 1:15 o'clock, PM, at 7 LETCHWORTH AVE YARDLEY, PA 19067, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-164779
Case ID #:5199079

Subscribed and sworn to before me
this __24__ day of __May__, 20__18__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

V.

FREDERICK M. ROCK, ET AL,

**Defendant (Respondent)**

CASE and/or DOCKET No.: 

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served FREDERICK M. ROCK the above process on the 24 day of May, 2018, at 1:43 o'clock, PM, at 3 Almond Lane Levittown,, PA 19055, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__  ) SS:
County of __Bucks__  )

Before me, the undersigned notary public, this day, personally appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-164779
Case ID #: 5199079

Subscribed and sworn to before me
this __24__ day of __May__, 20__18__.

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021
```

USA-BA

| USPS Manifest Mailing System | | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7683-1 | | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703830405341<br>9171999991703830405341 | ROCK, FREDERICK M.<br>3 Almond Lane<br>Levittown, PA 19055 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | | 6.00 |
| 9171999991703830405358<br>9171999991703830405358 | ROCK, FREDERICK M.<br>7 Letchworth Ave.<br>Yardley, PA 19067 | ERR<br>C | 1.145 | 1.40<br>3.45 | | | | 6.00 |
| Page Totals | 2 | | 2.29 | 9.70 | | | | 11.99 |
| Cumulative Totals | 2 | | 2.29 | 9.70 | | | | 11.99 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt



**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service;**
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829  $ 002.70
MAY 24 2018

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | ROCK, FREDERICK M. 3 Almond Lane Levittown, PA 19055 | | | | | | | | | | | |
| 2. | | ROCK, FREDERICK M. 7 Letchworth Ave. Yardley, PA 19067 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-164779   Bucks County   Sale Date:

FREDERICK M. ROCK

PCO - D. Augustin