**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES of AMERICA,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION** |
| : | **NO. 17-3878** |
| **FREDERICK M. ROCK** : | |
|     Defendant. : | |

**ORDER**

**AND NOW**, this 25th day of July, 2018, upon consideration of Plaintiff's Request for Default Judgment (EC No. 9) and all attachments thereto, it is hereby **ORDERED** that Plaintiff's Request is **DENIED WITHOUT PREJUDICE**.

Plaintiff is directed to resubmit its Request and include an itemized, comprehensive computation of the sum sought therein.

                              BY THE COURT:

                              /s/ C. Darnell Jones, II

                              C. DARNELL JONES, II     J.