# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA, *Plaintiff*, | : :  : |
| v. | : CIVIL ACTION : NO. 17-3878 |
| FREDERICK M. ROCK *Defendant*. | : : |

## ORDER

**AND NOW**, this 26th day of September, 2018, upon consideration of the complete record, Plaintiff's Request for Default Judgment (ECF No. 12) and all attachments thereto, and Affidavit of Non-Military Service (ECF No. 13), it is hereby **ORDERED** that Plaintiff's Request is **GRANTED.** It is further **ORDERED** that:

1. JUDGMENT IS ENTERED in favor of the UNITED STATES OF AMERICA, Plaintiff, and against FREDERICK M. ROCK, Defendant, in the amount of $52,540.96, plus interest at the current legal rate compounded annually until paid in full.
2. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.